# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chantel Staples

                            Plaintiff,

v.                                                                   Case No.: 1:23−cv−01433

                                                                        Honorable Sharon Johnson Coleman

Waterton Residential, LLC d.b.a Waterton, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the joint stipulation to dismiss [9], this case is dismissed without prejudice for 14 days. If no motion to reinstate is filed by May 18, 2023, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Status hearing set for 5/15/2023 is stricken. Civil case terminated. Mailed notice. (ym,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.